1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,

12              Plaintiff,                    No. 2:07-cr-0157   FCD

13          v.

14   BRIAN BURNS, and KEVIN BURNS,           **RELATED CASE ORDER**

15              Defendants.
     _____/
16
     UNITED STATES OF AMERICA,
17
                Plaintiff,                    No. 2:07-cv-1712 WBS EFB
18
            v.
19
     REAL PROPERTY LOCATED AT 6000
20   CHINA GRADE ROAD, HAPPY CAMP,
     CALIFORNIA, SISKIYOU COUNTY,
21   APN: 016-290-480-000, INCLUDING ALL
     APPURTENANCES AND
22   IMPROVEMENTS THERETO,

23              Defendant.
     _____/
24
             Examination of the above-entitled actions reveals that they are related within the meaning
25
     of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and
26
     are based on the same or similar claims, the same property transaction or event, similar questions
27
     of fact and the same questions of law, and would therefore entail a substantial duplication of
28
     labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge

is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, 2:07-cv-1712 WBS EFB is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as: 2:07-cv-1712 FCD EFB.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 25, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2